_____

SO ORDERED,

*/s/ Neil P. Olack*

**Judge Neil P. Olack**
**United States Bankruptcy Judge**
**Date Signed: May 30, 2017**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

```
         IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI


IN RE:   HAROLD W. ROBERTS, JR.,
         DEBTOR(S)
                                          CHAPTER 13 BANKRUPTCY
                                          CASE NO. 17-00610-NPO
J. C. BELL, TRUSTEE
```

## ORDER ON TRUSTEE'S
## OBJECTION TO CONFIRMAITON

ON MAY 22, 2017, THIS CAUSE came on to be heard on the Trustee's Objection to Confirmation (Docket No. 28), and the Court finds that the Trustee's Objection should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Trustee's Objection to Confirmation is sustained, and the Debtor is granted 14 days from the entry of this Order to file amendments/pleadings and/or produce information/documentation in order to resolve the Trustee's concerns, failing which the Trustee shall submit an Order dismissing this case.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney for
J. C. Bell, Trustee
PO Box 566
Hattiesburg, MS  39403
(601) 270-1122
Miss. Bar No. 6234
samjduncan@gmail.com