IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: HAROLD W. ROBERTS, JR.           CHAPTER 13
       DEBTOR(S)                            CASE NO. 17-00610-NPO

**TO:**    J. C. Bell T1
          mdg@jcbell.net

          United States Trustee
          USTPRegion05.JA.ECF@usdoj.gov

          Affected Creditors:

          CNH Industrial Capital America LLC
          PO Box 3600
          Lancaster, PA 17604

          Tower Loan of Mississippi, LLC
          PO Box 320001
          Flowood, MS 39232

### NOTICE OF FILING MODIFIED PLAN

**YOU ARE HEREBY NOTIFIED** the above named Debtor has filed with the Bankruptcy Court a Second Modified Plan. (See copy of Second Modified Plan).

**YOU ARE FURTHER NOTIFIED** that any objection to this proposed Modified Plan should be filed by written pleading with the Court with a copy to the Trustee and U.S. Trustee within twenty one (21) days of the mailing of this notice. If no objection is timely filed, the Court may approve the Modified Plan as proposed.

THIS the 14th day of December, 2017.

/s/ JIM ARNOLD
JIM ARNOLD, MSB #1625
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I, Jim Arnold, Attorney for Debtor, Harold W. Roberts, Jr. do hereby certify that I have this day served electronically, a true and correct copy of the above Notice of Filing Second Modified Plan to the Chapter 13 Trustee and U. S. Trustee at the above listed email addresses and I further certify that I have mailed via U. S. Mail, postage prepaid, a copy to the affected creditor(s) at the address listed above.

This the 14th day of December, 2017.

/s/JIM ARNOLD
JIM ARNOLD

JIM ARNOLD, MSB #1625
ATTORNEY AT LAW
333 E. MULBERRY STREET
DURANT, MISSISSIPPI 39063
PHONE: 662-653-6448
FAX: 662-653-3432
arnoldjh@bellsouth.net

**SECOND MODIFIED CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF MISSISSIPPI

CASE NO.  17-00610-NPO

Debtor  Harold W. Roberts, Jr.          SS#  xxx-xx-4257          Median Income  ☐ Above  ☑ Below
Joint Debtor                            SS#
Address  10421 Road 610 Philadelphia, MS 39350-0000

**THIS PLAN DOES NOT ALLOW CLAIMS. Creditors must file a proof of claim to be paid under any plan that may be confirmed. The treatment of ALL secured / priority debts must be provided for in this plan.**

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of  60  months, not to be less than 36 months for below median income debtor(s), or less than 60 months for above median income debtor(s).

(A)  Debtor shall pay $ 1,243.50 per (**monthly** / semi-monthly / weekly / bi-weekly ) to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

> M & G Logging
> Attn: Payroll Department
> 10561 Rd 838
> Philadelphia, MS  39350

(B)  Joint Debtor shall pay $____ per (monthly / semi-monthly / weekly / bi-weekly ) to the Chapter 13 Trustee. Unless otherwise ordered by the Court, an Order directing payment shall be issued to Debtor's employer at the following address:

**PRIORITY CREDITORS.**
Filed claims that are not disallowed to be paid in full or as ordered by the Court as follows:

| Creditor | Amount | Rate | |
|---|---|---|---|
| Internal Revenue Service: | $ 0.00 | @ 0.00 | /month |
| Mississippi Dept. of Revenue: | $ 0.00 | @ 0.00 | /month |
| Other/ | $ 0.00 | @ 0.00 | /month |

**DOMESTIC SUPPORT OBLIGATION** DUE TO:   **MDHS -CSLS**
                                           **PO Box 352**
                                           **Jackson, MS  39225**
                                           Custodial Parent - Cantrell Shannon

POST PETITION OBLIGATION: In the amount of **$230.00** per month beginning **April 2017.**
To be paid ____ direct, ____ through payroll deduction, or  **X**  through the plan.
PRE-PETITION ARREARAGE: In the total amount of **$7,055.00** through **March 2017** shall be paid the amount of **$117.58** per month beginning **April 2017.**
To be paid ____ Direct ____ through payroll deduction  **X**  through the plan.

**DOMESTIC SUPPORT OBLIGATION** DUE TO:   **MDHS -CSLS**
                                           **PO Box 352**
                                           **Jackson, MS  39225**
                                           Custodial Parent- Latoya Taylor

POST PETITION OBLIGATION: In the amount of **$0.00** per month beginning
To be paid ____ direct, ____ through payroll deduction, or ____ through the plan.
PRE-PETITION ARREARAGE: In the total amount of **$908.32** through **March 2017** shall be paid the amount of **$15.14** per month beginning **April 2017.**
To be paid ____ Direct ____ through payroll deduction  **X**  through the plan.

Debtor's Initials  HR   Joint Debtor's Initials ____                    CHAPTER 13 PLAN, PAGE 1 OF 3

**HOME MORTGAGES.** All claims secured by real property which are to be paid through the plan shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed herein, subject to the start date for the continuing monthly mortgage payment proposed herein.

MTG PMTS TO:  -NONE-            BEGINNING            @$            PLAN DIRECT
MTG ARREARS TO:  -NONE-         THROUGH        $           @$           /MO*
                                                              (*Including interest at %)

**MORTGAGE CLAIMS TO BE PAID IN FULL OVER PLAN TERM:**
Creditor:   -NONE-              Approx. amt. due:                       Int. Rate:
Property Address:               Are related taxes and/or insurance escrowed   Yes       No

**NON-MORTGAGE SECURED CLAIMS.** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C. 1325(a)(5)(B)(i)(I) until the payment of the debt determined as under non-bankruptcy law or discharge. Such creditors shall be paid as secured claimants the sum set out below or pursuant to other order of the Court. The portion of the claim not paid as secured shall be treated as a general unsecured claim.

| CREDITOR'S NAME | COLLATERAL | 910* CLM | APPROX. AMT. OWED | VALUE | INT. RATE | PAY VALUE OR AMT. OWED |
|---|---|---|---|---|---|---|
| CNH Industrial Capital | Windom Tractor | | 3,556.34 | 3,300.00 | 5.00% | Pay Value |
| The Citizens Bank | Land Purchase | | 32,609.13 | 50,000.00 | 5.00% | Amt. Owed |
| Tower Loan | Personal Property | | 3,225.77 | 1,500.00 | 5.00% | Pay Value |

*The column for "910 CLM" applies to both motor vehicles and "any other thing of value" as used in the "hanging paragraph" of 11 U.S.C. § 1325

**SPECIAL CLAIMANTS** including, but not limited to, co-signed debts, abandonment of collateral, direct payments by Debtor, etc. For all abandoned collateral Debtor will pay $0.00 on the secured portion of the debt. Where the proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | COLLATERAL | APPROX. AMT. OWED | PROPOSED TREATMENT |
|---|---|---|---|
| State Farm Fncl Svcs | 2015 Nissan Titan | $39,975.00 | Abandon |

**STUDENT LOANS** which are not subject to discharge pursuant to 11 U.S.C. §§ 523(a)(8) and 1328(c) are as follows (such debts shall not be included in the general unsecured total):

CREDITOR'S NAME    APPROX. AMT. OWED    CONTRACTUAL MO. PMT.    PROPOSED TREATMENT
-NONE-

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments:  -NONE-

**GENERAL UNSECURED DEBTS** totaling approximately $ 9,819.00 . Such claims must be timely filed and not disallowed to receive payment as follows: ___ IN FULL (100%) or  100 % (percent) MINIMUM, or a total distribution of $___, with the Trustee to determine the percentage distribution. **Those general unsecured claims not timely filed shall be paid nothing, absent order of the Court.**

Total Attorney Fees Charged $ 3,400.00
Attorney Fees Previously Paid $ 0.00
Attorney fees to be paid in plan $         3,400.00

The payment of administrative costs and aforementioned attorney fees are to be paid pursuant to Court order and/or local rules.

| Automobile Insurance Co/Agent | Attorney for Debtor (Name/Address/Phone # / Email) |
|---|---|
|  | Jim Arnold 1625 |
|  | 333 East Mulberry Street |
|  | Durant, MS 39063 |
| Telephone/Fax | Telephone/Fax  662-653-6448 |
|  | Facismile No.  662-653-3432 |
|  | E-mail Address  arnoldjh@bellsouth.net |

DATE: December 14, 2017       DEBTOR'S SIGNATURE            /s/ Harold W. Roberts, Jr.
                              JOINT DEBTOR'S SIGNATURE
                              ATTORNEY'S SIGNATURE          /s/ Jim Arnold