UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  HAROLD W. ROBERTS, JR.

    DEBTOR(S)

J.C. BELL, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 17-00610 NPO

## OBJECTION TO SECURED CLAIM

COMES NOW, the Trustee, J. C. Bell, and files this Objection to the following Secured Claim:

STATE FARM BANK, FSB
ATTN: BCC BANKRUPTCY
P.O. BOX 2328
BLOOMINGTON, IL  61702-2328

Court Claim No. 6
Collateral: 2015 NISSAN TITAN
Amount of Claim: $41,342.21

Trustee objects to the allowance of said claim for the reason that the plan proposes to surrender and/or abandon the collateral.  Upon liquidation of the collateral, said creditor should be allowed to file an amended claim for any proper deficiency.

/s/  J.C. BELL

J.C. BELL, Trustee

J.C. BELL, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011
mdg@jcbell.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  HAROLD W. ROBERTS, JR.

    DEBTOR(S)

J.C. BELL, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 17-00610 NPO

## NOTICE OF OBJECTION TO CLAIM

**You are hereby notified** that an objection to your claim has been filed in the above-referenced bankruptcy case.  Your claim may be reduced, modified, or eliminated.  If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

and a copy must be served on the undersigned Debtor's attorney and the case trustee on or before thirty (30) days from the date of this notice.  In the event a written response is filed, the court will notify you of the date, time and place of the hearing thereon.

Dated:  January 30, 2018

*/s/  J.C. BELL*

J.C. BELL, Trustee
J.C. BELL, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011
mdg@jcbell.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  HAROLD W. ROBERTS, JR.

    DEBTOR(S)

J.C. BELL, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 17-00610 NPO

## CERTIFICATE OF SERVICE

I, J.C. BELL, do hereby certify that I have this date transmitted via Electronic Case Filing, and/or via U. S. Mail, postage prepaid, a true and correct copy of OBJECTION TO CLAIM (STATE FARM BANK, FSB (Claim #6)) and Notice of Objection to Claim to the below parties.

<u>Notice Provided via First Class U.S. Mail:</u>

HAROLD W. ROBERTS, JR.
10421 Road 610
Philadelphia, MS  39350

STATE FARM BANK, FSB
ATTN: BCC BANKRUPTCY
P.O. BOX 2328
BLOOMINGTON, IL  61702-2328

JOSEPH R. MONK, JR.
PRESIDENT
STATE FARM BANK, F.S.B.
ONE STATE FARM PLAZA
BLOOMINGTON, IL  61710

<u>Service provided via Notice of Electronic Filing (NEF) through ECF system:</u>

JIM ARNOLD
UNITED STATES TRUSTEE

Dated this the 30th day of January, 2018.

                                          /s/  J.C. BELL
                                          J.C. BELL, Trustee

J.C. BELL, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011
mdg@jcbell.net