UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  
HAROLD W. ROBERTS, JR.  
10421 Road 610  
Philadelphia, MS  39350

CHAPTER 13 PROCEEDING:  
17-00610 NPO

## MOTION TO INCREASE PLAN PAYMENT

THAT THE SUM PROPOSED TO BE PAID as a Plan Payment by the Debtor is insufficient to complete the payment of the Plan in the originally scheduled number of months proposed by the Debtor.

WHEREFORE, TRUSTEE MOVES THE COURT to increase the Debtor's Plan Payment to the sum of $1,642.00 per month beginning with the month of February 23, 2018.

RESPECTFULLY SUBMITTED:  February 07, 2018

/s/  J.C. BELL  
J.C. BELL, TRUSTEE  
P.O. BOX 566  
HATTIESBURG, MS  39403

## CERTIFICATE OF SERVICE

I, J.C. BELL, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion to Debtor, Debtor's Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day,  February 07, 2018.

DEBTOR:

HAROLD W. ROBERTS, JR.  
10421 Road 610  
Philadelphia, MS  39350

ATTORNEY FOR DEBTOR:

JIM ARNOLD  
333 E. MULBERRY ST.  
DURANT, MS  39063

U.S. TRUSTEE:

501 East Court Street  
Suite 6-430  
Jackson, MS  39201

/s/  J.C. BELL  
J.C. BELL, TRUSTEE