UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  
HAROLD W. ROBERTS, JR.  
10421 Road 610  
Philadelphia, MS  39350

CHAPTER 13 PROCEEDING:  
17-00610 NPO

## NOTICE OF MOTION TO INCREASE PLAN PAYMENT

TAKE NOTICE THAT the below-named Trustee has filed a Motion to Increase Debtor's Plan payment and that responses, if any, must be mailed to the Clerk of the United States Bankruptcy Court, 2012 15th Street, Suite 244, Gulfport, MS  39501 with a copy to the United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS  39201 and a copy to the undersigned Chapter 13 Standing Trustee within twenty-one (21) days of the date of this Notice. If no response is filed, then the Court may enter an Order hereon without further hearing on the Motion.

SO NOTICED ON THIS DAY:  February 07, 2018

/s/  J.C. BELL  
J.C. BELL, TRUSTEE  
P.O. BOX 566  
HATTIESBURG, MS  39403

## CERTIFICATE OF SERVICE

I, J.C. BELL, do hereby certify that I have forwarded a true and correct copy of the foregoing Motion and Notice of Motion to Debtor, Debtor's Attorney and to the U.S. Trustee at the addresses listed below by placing a copy of same in the United States Mail with postage prepaid on this day,  February 07, 2018.

DEBTOR:

HAROLD W. ROBERTS, JR.  
10421 Road 610  
Philadelphia, MS  39350

ATTORNEY FOR DEBTOR:  
JIM ARNOLD  
333 E. MULBERRY ST.  
DURANT, MS  39063

U.S. TRUSTEE:  
501 East Court Street  
Suite 6-430  
Jackson, MS  39201

/s/  J.C. BELL  
J.C. BELL, TRUSTEE