Form ntcds13v (12/15)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

Case No.: 17–00610–NPO
Chapter: 13

In re:
   Harold W. Roberts Jr.
   10421 Road 610
   Philadelphia, MS 39350

Last four digits of Social−Security or Individual Tax−Payer−Indentification (ITIN) No(s)., (if any):
   xxx−xx−4257

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

   You are hereby notified that on July 13, 2018 Harold W. Roberts (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307 (b) (the "Motion") (Dkt. # 130). On July 13, 2018 the court entered an *ex parte* order granting the Debtor's Motion.

   Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 7/13/18

Danny L. Miller, Clerk of Court
501 East Court Street, Suite 2.300
P.O. Box 2448
Jackson, MS 39225−2448
601−608−4600